UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAJUAN KEY,

Plaintiff,

v.

UNITED STATES OF AMERICA STATE OF CALIFORNIA, et al.,

Defendants.

Case No.  26-cv-05252-RMI

**ORDER OF TRANSFER**

This is a case brought *pro se* by a federal prisoner pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bur. of Narcotics*, 403 U.S. 388 (1971). Plaintiff presents allegations pertaining to events that occurred at United States Penitentiary-Atwater. That facility is located in the Eastern District of California. The acts underlying this complaint occurred in the Eastern District; the named Defendants are located in the Eastern District; and Plaintiff is incarcerated at that facility in the Eastern District. Venue, therefore, properly lies in the Eastern District and not in the Northern District of California. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: June 5, 2026

ROBERT M. ILLMAN
United States Magistrate Judge