# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN KEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:26-cv-04396-KES-SAB (PC)<br><br>ORDER VACATING AUGUST 25, 2026 FINDINGS AND RECOMMENDATIONS<br><br>ORDER DIRECTING PLAINTIFF TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE WITHIN 45 DAYS<br><br>(ECF Nos. 12, 13)<br><br>**FORTY-FIVE-DAY DEADLINE** |

As relevant here, on August 25, 2026, the Court issued findings and recommendations recommending that this action be dismissed for failure to obey Court orders and failure to prosecute this action. (ECF No. 12.) This was based on Plaintiff's failure to comply with the Court's June 10, 2026 order directing Plaintiff to file an application to proceed *in forma pauperis* or pay the $405.00 filing fee. (ECF No. 7.) The findings and recommendations notified Plaintiff that he had fourteen days within which to file objections. Plaintiff timely filed what is stylized as an "affidavit to proceed in forma pauperis," which is a handwritten affidavit. (ECF No. 13.)

The Court finds that the affidavit is an attempt to comply with the Court's June 10, 2026 order. However, the Court requires that Plaintiff use the form provided in the June 10, 2026 order. In an abundance of caution, the Court will vacate its findings and recommendations and again direct Plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee.

The Court will also again provide the *in forma pauperis* form with instructions to Plaintiff.

Accordingly, it is HEREBY ORDERED that:

1. The August 25, 2026 findings and recommendations are VACATED;
2. The Clerk of the Court is DIRECTED to terminate ECF No. 13 because it is not an application to proceed *in forma pauperis*;
3. The Court DIRECTS the Clerk of the Court to send Plaintiff the form for application to proceed *in forma pauperis*;
4. Within **forty-five (45) days** of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed, or in the alternative, pay the $405.00 filing fee for this action; and
5. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **September 17, 2026**

STANLEY A. BOONE
United States Magistrate Judge