UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAJUAN KEY,

Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

Defendants.

Case No. 1:26-cv-04396-KES-SAB (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

(Docs. 9, 11)

Plaintiff Dajuan Key, who is proceeding pro se, commenced this action on June 1, 2026. Doc. 1. On August 19, 2026, plaintiff moved for a temporary restraining order. Doc. 9. On August 24, 2026, the assigned magistrate judge issued findings and recommendations recommending the motion be denied. Doc. 11. The findings and recommendations gave plaintiff fourteen days to file any objections. *Id.* That deadline has passed, and plaintiff has not filed objections.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 11) filed August 24, 2026, are ADOPTED in full.
2. The motion for temporary restraining order (Doc. 9) is DENIED.

IT IS SO ORDERED.

Dated: September 19, 2026

UNITED STATES DISTRICT JUDGE