# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN KEY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | Case No. 1:26-cv-04396-KES-SAB (PC)<br><br>ORDER GRANTING REQUEST FOR CHANGE OF ADDRESS<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL<br><br>(ECF No. 22) |

On October 30, 2026, Plaintiff filed a notice of voluntary dismissal of the entire action, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999), quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078; see also Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). In this action, no defendant has filed an answer or a motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a)(1)(A)(i).

Plaintiff has also requested that the Court vacate its order granting Plaintiff's application to proceed *in forma pauperis* (ECF No. 21), direct the Clerk of the Court to open a new case with a previously filed complaint, and direct the Clerk of the Court to put the application filed in this case in the new case. The Court DENIES this request. The Court addresses issues in only the cases before it, which means Plaintiff must file for appropriate relief in the correct case(s). The Court leaves it to Plaintiff to file a subsequent complaint with an accompanying application to proceed *in forma pauperis*.[1]

Finally, Plaintiff has moved to change his address. The Court GRANTS the request and DIRECTS the Clerk of the Court to update Plaintiff's address as follows: USP, Pollock, P.O. Box 2099, Pollock, LA 71467.

IT IS SO ORDERED.

Dated: **November 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge

[1] Though Plaintiff claims he submitted another complaint, the Court has reviewed the docket and has found no other complaint filed or other case opened.